# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | Stockman Bank Mobile Banking App ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the Stockman Bank Mobile Banking Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, Stockman Bank offers a mobile banking app with a 'Mobile Check Deposit' feature, enabling users to conveniently deposit checks using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br><br><br>https://www.stockmanbank.com/personal/online-banking/remote-deposit |



http://web.archive.org/web/20231202092645/https://www.stockmanbank.com/help/frequently-asked-questions/

https://www.stockmanbank.com/personal/online-banking/remote-deposit



https://www.stockmanbank.com/personal/online-banking

https://play.google.com/store/apps/details?id=com.digitalinsight.cma.fiid01682&hl=en_US

| | |
|---|---|
| | **The Processor**<br><br>The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.<br><br>https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor |
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., front-side image of the check) using an interface (e.g., the image capturing interface of the Stockman Bank Mobile Banking Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet).<br><br>As shown below, the Stockman Bank Mobile Banking app features a 'Mobile Check Deposit' option that utilizes the phone's camera, allowing users to capture images of the front and back of a check for deposit via their smartphones. |

## DEPOSIT CHECKS ANYTIME WITH OUR APP!

Avoid trips to the bank and remotely deposit checks using your phone. Download our app, take photos of your check, and deposit directly into your checking or savings account.

- Download our mobile app from the App Store or Google Play
- From the Check Deposit screen, choose which account to deposit to
- Endorse your check and write "For Mobile Deposit only at Stockman Bank" below your signature
- Snap a picture of the front and back of your endorsed check
  - Make sure the background has a strong contrast to the check
  - Make sure the entire check is in the photos - both front and back
  - Make sure the photos are well lit and in focus
  - Be certain to have the proper endorsement

    acquiring an image using an interface

- That's it! You'll get immediate confirmation that the check was received

https://www.stockmanbank.com/personal/online-banking/remote-deposit

## ONLINE BANKING TOOLS

mobile device



### Mobile App

Click below to download our mobile banking app from the App Store or Google Play.

App Store



### Bill Pay

Automate check and electronic payments to billers through Bill Pay. Set up recurring or one-time payments, view payment history, and receive due date reminders



### CardProtect

Control your debit card with the touch of a button. If you lose your debit card, turn your card off. When you find your debit card, simply turn it back on!

https://www.stockmanbank.com/personal/online-banking



https://play.google.com/store/apps/details?id=com.digitalinsight.cma.fiid01682&hl=en_US

http://web.archive.org/web/20231202092645/https://www.stockmanbank.com/help/frequently-asked-questions/

| | |
|---|---|
| | **DEPOSIT CHECKS ANYTIME WITH OUR APP!**<br><br>Avoid trips to the bank and remotely deposit checks using your phone. Download our app, take photos of your check, and deposit directly into your checking or savings account.<br><br>• Download our mobile app from the App Store or Google Play<br>• From the Check Deposit screen, choose which account to deposit to<br>• Endorse your check and write "For Mobile Deposit only at Stockman Bank" below your signature<br>• Snap a picture of the front and back of your endorsed check<br> ◦ Make sure the background has a strong contrast to the check<br> ◦ Make sure the entire check is in the photos - both front and back<br> ◦ Make sure the photos are well lit and in focus<br> ◦ Be certain to have the proper endorsement<br>• That's it! You'll get immediate confirmation that the check was received<br><br>https://www.stockmanbank.com/personal/online-banking/remote-deposit |
| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;<br><br>**Col 4: line 64 – Col 5: line 4**<br><br>*The image further being described as a virtual image entity by software means wherein <u>the image entity comprises of an image profile that associates the image with collateral information such as audio, voice, text,</u>* | The accused instrumentality discloses constructing an image entity (e.g., mobile check deposit) using the acquired image (e.g., front-side image of the check), one or more other images (e.g., back-side image of the check), and an image profile (e.g., information linked to checks, such as deposit amount and associated depositing bank account) of the acquired image (e.g., front-side image of the check).<br><br>As shown below, the Stockman Bank Mobile Banking app features a 'Mobile Check Deposit' option that utilizes the phone's camera to capture the front and back images of the check. The user reviews the deposit amount, account details, and check images before submission. |

*speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.*

**Col 6: lines 35-40**

*The image **130** and video **131** can be expressed as purely digital data and <u>all of the other information associated with the image profile **121** may also be represented as purely digital data.</u> The digital rendering of the composite data creates a purely digital image entity **120** comprising of an image and an image profile.*



https://play.google.com/store/apps/details?id=com.digitalinsight.cma.fiid01682&hl=en_US

## DEPOSIT CHECKS ANYTIME WITH OUR APP!

Avoid trips to the bank and remotely deposit checks using your phone. Download our app, take photos of your check, and deposit directly into your checking or savings account.

- Download our mobile app from the App Store or Google Play
- From the Check Deposit screen, choose which account to deposit to
- Endorse your check and write "For Mobile Deposit only at Stockman Bank" below your signature
- Snap a picture of the front and back of your endorsed check
  - Make sure the background has a strong contrast to the check
  - Make sure the entire check is in the photos - both front and back
  - Make sure the photos are well lit and in focus
  - Be certain to have the proper endorsement
- That's it! You'll get immediate confirmation that the check was received

acquired image

back

other image

https://www.stockmanbank.com/personal/online-banking/remote-deposit

INTERNET ARCHIVE
WayBackMachine
https://www.stockmanbank.com/help/frequently-asked-questions/
23 captures
29 Mar 2020 - 7 Mar 2026
Go    OCT **DEC** SEP
◄ **02** ►
2022 **2023** 2025

## MOBILE CHECK DEPOSIT

http://web.archive.org/web/20231202092645/https://www.stockmanbank.com/help/frequently-asked-questions/

# DEPOSIT CHECKS ANYTIME WITH OUR APP!

Avoid trips to the bank and remotely deposit checks using your phone. Download our app, take photos of your check, and deposit directly into your checking or savings account.

- Download our mobile app from the App Store or Google Play
- From the Check Deposit screen, choose which account to deposit to
- Endorse your check and write "For Mobile Deposit only at Stockman Bank" below your signature
- Snap a picture of the front and back of your endorsed check
  - Make sure the background has a strong contrast to the check
  - Make sure the entire check is in the photos - both front and back
  - Make sure the photos are well lit and in focus
  - Be certain to have the proper endorsement
- That's it! You'll get immediate confirmation that the check was received

https://www.stockmanbank.com/personal/online-banking/remote-deposit

# ONLINE BANKING TOOLS

mobile device







### Mobile App

Click below to download our mobile banking app from the App Store or Google Play.

**App Store**

### Bill Pay

Automate check and electronic payments to billers through Bill Pay. Set up recurring or one-time payments, view payment history, and receive due date reminders

### CardProtect

Control your debit card with the touch of a button. If you lose your debit card, turn your card off. When you find your debit card, simply turn it back on!

https://www.stockmanbank.com/personal/online-banking

| transmitting the image entity to one or more servers to update and/or refresh display of the constructed image entity, wherein the constructed image entity is accessible to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | The accused instrumentality discloses transmitting the image entity (e.g., mobile check deposit) to one or more servers (e.g., Stockman Bank servers) to update and/or refresh display of the constructed image entity (e.g., mobile check deposit), wherein the constructed image entity (e.g., mobile check deposit) is accessible to one or more recognized users (e.g., joint account holders or Shared access subusers) of a virtual network (e.g., Stockman Bank network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the Stockman Bank Mobile Banking Application) in communication with the one or more servers (e.g., Stockman Bank servers). |
|---|---|
| | As shown below, the accused instrumentality allows users to deposit checks online. An online check deposit works by submitting check images and relevant information such as account and amount during the process. The images and information submitted during the process are stored on the servers associated with the accused instrumentality. Joint account users or Shared access sub users can access all account statements and check deposit status. |

**DEPOSIT CHECKS ANYTIME WITH OUR APP!**

Avoid trips to the bank and remotely deposit checks using your phone. Download our app, take photos of your check, and deposit directly into your checking or savings account.

- Download our mobile app from the App Store or Google Play
- From the Check Deposit screen, choose which account to deposit to
- Endorse your check and write "For Mobile Deposit only at Stockman Bank" below your signature
- Snap a picture of the front and back of your endorsed check
    - Make sure the background has a strong contrast to the check
    - Make sure the entire check is in the photos - both front and back
    - Make sure the photos are well lit and in focus
    - Be certain to have the proper endorsement
- That's it! You'll get immediate confirmation that the check was received

https://www.stockmanbank.com/personal/online-banking/remote-deposit

## ONLINE BANKING TOOLS

mobile device







### Mobile App

Click below to download our mobile banking app from the App Store or Google Play.

App Store

### Bill Pay

Automate check and electronic payments to billers through Bill Pay. Set up recurring or one-time payments, view payment history, and receive due date reminders

### CardProtect

Control your debit card with the touch of a button. If you lose your debit card, turn your card off. When you find your debit card, simply turn it back on!

https://www.stockmanbank.com/personal/online-banking



https://play.google.com/store/apps/details?id=com.digitalinsight.cma.fiid01682&hl=en_US

## HOW WE PROTECT YOU

Big or small, we treat every account the same. That goes for the security of your accounts as well. We have a number of tools in place to help prevent and deter any fraudulent incidents.

**Enhanced Online Security**
We offer security for your Personal and Business accounts.
We verify your device, location, and Log In Credentials each time you log in.

**Encryption**
We use 128-bit Secure Sockets Layer (SSL) encryption between your browser and our servers to protect all of your information.

https://www.stockmanbank.com/help/security-center

**Joint Ownership**

The terms of the Agreement extend to all signers on the account(s) you are accessing on Online or Mobile Banking. The same applies to Bill Pay responsibilities. If you have multiple signers on an account, you must have joint ownership of the account in order to use the account for Bill Pay. Joint owners share the same payee list (when using Bill Pay) and are subject to the joint tenancy rules contained in the "Terms and Conditions of Your Account" disclosure agreement for that checking account. Any account owner may cancel the Stockman Bank Bill Pay service and any owner may authorize transfers to or from the joint account. Each signer on an account is assigned a unique Stockman Online or Mobile Banking password. Since joint signers on an account share the responsibilities with all signers on the account, the terms and conditions of this Agreement apply to all signers.

https://www.stockmanbank.com/disclosures/personal-online-banking

**Online Banking**

Online Banking Service provides general online access to Accounts. With Online Banking you can view account balances and transaction information, make internal transfers, pay bills, make external transfers and view Online Statements.

**Mobile Banking**

Mobile Banking Service provides general mobile access to Accounts utilizing a mobile device (e.g. tablet or smartphone). With Mobile Banking you can view account balances and transaction information, make internal transfers, pay bills, make external transfers, view Online Statements, and find branch and ATM locations.  Message and data rates may apply.

https://www.stockmanbank.com/disclosures/personal-online-banking

**Shared Access**

**Description of the Service**

The Shared Access Service provides you with the ability to grant someone Online Banking access (the ability to view Account balances, transaction information, and check images and make Internal Transfers) and Bill Pay Service access to other individuals ("Subusers"). You must be enrolled in Online Banking in order to grant Online access and you must be enrolled in Bill Payment to grant Bill Pay Service access.

https://www.stockmanbank.com/disclosures/personal-online-banking